**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Oreana Nazareth Delgado-Zurita,

Petitioner,

v.

John E Cantu, et al.,

Respondents.

No. CV-26-03502-PHX-DWL (MTM)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) Among other things, Petitioner asks the Court to "[d]eclare that Petitioner's detention, without a post-deprivation bond hearing is unlawful as it violates the INA." (*Id.* at 21.) The Court ordered Respondents to show cause why the petition should not be granted. (Doc. 4.) In the response, Respondents state: "Respondents do not oppose the request for a bond hearing pursuant to 8 U.S.C. § 1226(a)." (Doc. 6.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2) Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

(3) Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of July, 2026.

Dominic W. Lanza
United States District Judge